# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DANIEL GREEN,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　**Case No.: 2:19-cv-2968**
　　　　　　　　　　　　　　　　　　　　　　**JUDGE GEORGE C. SMITH**
　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge Jolson**

**MR. DORMAN,** *et al.***,**

    **Defendants.**

## ORDER

On July 17, 2019, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff Daniel Green's Motion for Leave to Proceed *In Forma Pauperis* be granted and that Plaintiffs' Complaint be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(B). (*See Report and Recommendation,* Doc. 4). The parties were advised of their right to object to the *Report and Recommendation.* This matter is now before the Court on Plaintiff's Objections to the *Report and Recommendation.* (Doc. 7). The Court will consider the matter *de novo. See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff asserts in his objections that this Court has issued a premature *Report and Recommendation* without giving the Defendants a chance to respond. However, as set forth in the *Report and Recommendation*, the Magistrate Judge is charged with conducted an initial screen pursuant to 28 U.S.C. § 1915(e)(2) and must dismiss any portion of the complaint that is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary

relief from a defendant who is immune from such relief.

Plaintiff also generally reargues the allegations set forth in his Complaint. However, he has failed to state sufficient grounds to overturn the Magistrate Judge's well-reasoned *Report and Recommendation*. Plaintiff's general objections are not sufficient to preserve any issues for review, and "[a] general objection to the entirety of the magistrate's report has the same effects as would a failure to objection." *Howard v. Sec'y of H.H.S.*, 932 F.2d 505, 509 (6th Cir. 1991).

The *Report and Recommendation,* Document 7, is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed.

The Clerk shall remove Documents 4 and 7 from the Court's pending motions list. The Clerk shall terminate this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**